IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JANA COMPTON, § | |
| Plaintiff, § | |
| v. § | No. 3:09-CV-0515-B-BH |
| § | |
| MICHAEL ASTRUE, Commissioner of § | |
| the Social Security Administration, § | |
| Defendant. § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, *Plaintiff's Motion for Summary Judgment* (doc. 17) filed on August 24, 2009, is **GRANTED**; the *Commissioner's Motion for Summary Judgment* (doc. 20) filed on October 16, 2009, is **DENIED**; and the decision of the Commissioner is **REVERSED** and the case is **REMANDED** for further proceedings.

SIGNED this 16th day of December, 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE